**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-2286

UNDER SEAL,

Plaintiff - Appellant,

v.

UNDER SEAL; UNDER SEAL,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Arenda Wright Allen, District Judge.  (4:09-cv-00056-AWA-TEM)

Submitted:  February 21, 2012      Decided:  February 23, 2012

Before SHEDD, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Under Seal, Appellant Pro Se.  Craig Wittman, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

The pro se plaintiff/relator in this qui tam suit appeals the district court's orders dismissing his action and denying his subsequent motions to reconsider its ruling. We have reviewed the record and find no reversible error. Accordingly, though we grant the Plaintiff's pending motion to seal, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED